Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ROGER PAUL RINGUETTE & LESLIE JO RINGUETTE

CASE NO. 09-10362-RLJ-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 4945 | SS#2: xxx-xx- 6670 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: 10/29/2009   Orig. Time: 11:00 AM     Reset Date:         Reset Time:

B. Meeting Results:     Adjourned

C. Debtor(s):     Debtor 1 Appeared        Debtor 2 Appeared

D. Attorney for Debtor(s):     Appeared

E. Creditor Appearance:   JIM GRAVLEY-AMERICAN STATE BANK
                          GERALD WINDLAND-AMERICAN STATE BANK

F. Amount Paid to the Trustee as of    10/29/2009    $286.00     First Payment Due Date:    10/24/2009

G. File Trustee's Motion to Dismiss because

H. B22C Information:     B22C Form is:    Complete

    Budgeted Income:    $5,412.50    Expense:    $5,126.50    Surplus:    $286.00

    Plan Payment:    $286.00 Monthly                              Plan Term(Months):    52

I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:    $0.00

    Objection to Exemption of:

    ☐ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    ☐ Object to Invoke Stay Pleading

    ☐ Case Converted from Chapter 7, Bar Date Set:    1/27/2010    Date Converted from Chapter 7:

J. Required Information:    GOOD THANK YOU

K. Business Information:

L. Object to Confirmation:    Yes

    IRS CLAIM FOR 04-09 TAXES NEEDS TREATMENT
    04-09 TAXES NOT FILED PER IRS CLAIM
    VANDERBILT MORTGAGE CLAIM FOR $15 HOME ARREARS NEEDS TREATMENT
    TRACTOR PONTOON BOAT EXPENSED ON SCH J, BUT SURRENDERED-WILL AMEND
    BUSINESS INCOME $10112.14 ON B22C, ONLY $4400 ON SCH I-WILL SEND OCT BANK STMTS TO VERIFY

M. Financial Management Class:    Debtor 1 Appeared        Debtor 2 Appeared

N. Eligibility:

    Certificate of Credit Counseling Filed:    Both Debtor 1 and Debtor 2

    Credit Counseling Provider Approved:                      Yes

    Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):    No

O. Domestic Support Obligation:    $0.00   Current:        Arrears:    $0.00

    Affidavit and Disclosure of Domestic Support Obligations Received:    Yes

P. Remarks:    AMENDED PLAN NOTICED FOR 11/4/09, CONFIRMATION SET FOR 12/2/09
            1ST PMT OF $286 RECEIVED 10/14/09, DUE 24TH, WW DE2
            SOLD 2004 POLARIS IN JULY
            LINDA LAY-MOTHER OWE HER $1300
            SAMS-PAID $102 PAID IN AUGUST

Dated:    10/29/2009                                        /s/ Walter O'Cheskey

Walter O'Cheskey  
Chapter 13 Trustee  
6308 Iola Avenue   Lubbock, TX 79424  
(806) 748-1980 Phone     (806) 748-1956 Fax

                    Standing Bankruptcy Trustee  
                    By:      Angela Gonzales

| Case Number: | 09-10362 |
|---|---|
| Debtor: | RINGUETTE |
| Attorney: | WHITE |
| Presiding Officer: | ANGELA |
| Calculation Date: | 10/29/2009 14:43 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| AMERICAN STATE BANK | $9,000.00 | 6.00% | 52 | $196.98 | $10,243.00 |
|  |  |  | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
|  | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor    Input name from Plan | Value/Claim Amount<br>Enter amount from Plan |  | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |
|  | $0.00 |  | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**    Paid Through the Plan | $2,719.00 | $2,719.00 |
| **Noticing Fees** | $86.48 | $86.48 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
|     Less Trustee Fees | $0.00 | | |
|     Less Attorney Fees | $2,719.00 | | |
|     Less Noticing Fees | $86.48 | Greater Of --------> | $0.00 |
|     Less Clerk Filing Fees | $0.00 | | |
|     Less Scheduled Priority Claims | $0.00 | | |
|     Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $36,640.45 |
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $14,488.70 |
| Debtor Plan Base (Monthly Payment X Term) | $14,872.00 |
| Surplus (Debtor Plan Base - Calculated Base) | **$383.30** |

**Comments:**